UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANDREA LEE,



          Plaintiff,

                                                05 CV 4985 (CLB)

-against-                                          JUDGMENT

CITY OF MOUNT VERNON,

          Defendant.
----------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on July 25, 2005, having handed down a Memorandum and Order (docket # 9) granting the defendant's motion to dismiss (docket #4), it is,

          **ORDERED, ADJUDGED AND DECREED:** that the defendant's motion to dismiss is granted, and the case is hereby closed.

**DATED: White Plains, N.Y.**
           **July 26, 2005**

                                                                             *J. Michael McMahon*
                                                                             J. Michael McMahon
                                                                             Clerk Of Court

**ENTERED AS A JUDGMENT ON:** 7/26/05

MICROFILM
JUL 26 2005
USDC SD NY WP